UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CARLTON BLEAU

v.  C.A. NO. 10-156 S

STATE OF RHODE ISLAND

## REPORT AND RECOMMENDATION

Presently before the Court is a motion filed by *pro se* petitioner, Carlton Bleau for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (Dckt. # 3). However, review of the docket reveals that, subsequent to filing the instant motion, petitioner has paid the $5.00 filing fee required in this matter. Accordingly, I recommend that petitioner's motion for leave to proceed *in forma pauperis* be **DENIED** as moot.

Any objection to this Report and Recommendation must be specific and must be filed with the Clerk of Court within fourteen days of its receipt. Fed.R.Civ.P. 72(b). Failure to file timely, specific objections to this report constitutes waiver of both the right to review by the district court and the right to appeal the district court's decision. *United States v. Valencia-Copete*, 792 F.2d 4, 6 (1st Cir. 1986) (per curiam); *Park Motor Mart, Inc. v. Ford Motor Co.*, 616 F.2d 603, 605 (1st Cir. 1980).

_____
Jacob Hagopian
Senior United States Magistrate Judge
April 6, 2010